Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | De Hoop Corporation |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | DE HOOP CORPORATION<br>d/b/a Kaia Wine Bar |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-3165289 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1614 Third Avenue | |
| Number    Street | Number    Street |
| | P.O. Box |
| New York    NY    10128 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York County | |
| County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  De Hoop Corporation    Case number (*if known*) _____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>722511 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>  ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                    MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                    MM / DD / YYYY<br>        Case number, if known _____ |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page **2**

Debtor  De Hoop Corporation
     Name

Case number (*if known*)_____

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ | |

### Statistical and administrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor   De Hoop Corporation
         Name
Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/18/2024
             MM / DD / YYYY

✖ /s/ Suzaan Hauptfleisch                       Suzaan Hauptfleisch
Signature of authorized representative of debtor   Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Eric Medina                     Date  11/18/2024
Signature of attorney for debtor            MM / DD / YYYY

Eric Medina
Printed name

Medina Law Firm LLC
Firm name

641 Lexington Avenue 13th Floor
Number    Street

New York                         NY         10022
City                             State      ZIP Code

212-404-1742                     emedina@medinafirm.com
Contact phone                    Email address

EM8888                           NY
Bar number                       State

**Fill in this information to identify the case:**

Debtor name: De Hoop Corporation

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 172 East 91st Street LLC<br>3 West 57th Street<br>Seventh Floor<br>New York, NY, 10019 | (212) 825-0365<br>vmironeko@alblawfirm.com | Leasehold | Disputed | | | 463,673.76 |
| 2 | Block, Inc./Square Financial Services<br>1955 Broadway, Suite 600<br>Oakland, CA, 94612 | | Monies Loaned / Advanced | Unliquidated Contingent | | | 168,294.60 |
| 3 | First Insurance Funding<br>450 Skokie Boulevard<br>Suite 1000<br>Northbrook, IL, 60062 | Counsel<br>800-837-3707<br>info@firstinsurancefunding.com | Services | | | | 62,612.62 |
| 4 | conEdison<br>PO Box 1701<br>New York, NY, 10116-1701 | Counsel<br>877-280-2693 | Suppliers or Vendors | | | | 36,980.92 |
| 5 | Spire Law PLLC<br>136 Madison Avenue<br>Suite 600<br>New York, NY, 10016 | Billing<br>407-494-0135<br>billing@spirelawfirm.com | Services | | | | 22,809.00 |
| 6 | Canopy Wine Selections<br>20 Paradise Avenue<br>Piermont, NY, 10968 | info@canopywines.com | Suppliers or Vendors | | | | 15,271.00 |
| 7 | Alessandro & Associates, CPA PLLC<br>1200 Veteran's Highway<br>Suite 350<br>Hauppauge, NY, 11788-3065 | Guy Alessandro<br>631-347-3288<br>www.aaacpas.com | Services | | | | 12,600.00 |
| 8 | Revenued LLC<br>525 Washington Boulevard<br>22nd Floor<br>Jersey City, NJ, 07310 | Counsel<br>1-877-662-3489<br>info@revenued.com | Monies Loaned / Advanced | | | | 5,123.65 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **De Hoop Corporation**  
Name

Case number *(if known)*_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Francisco Tuy Xep<br>c/o Pechman Law Group PLLC<br>488 Madison Avenue<br>New York, NY, 10022 | Counsel<br>212-583-9500<br>morales@pechmanlaw.com | Disputed litigation claim | Disputed Unliquidated Contingent | | | 0.00 |
| 10 | New York State Department of Taxation and Finance<br>80-02 Kew Gardens Road<br>Attn; Insolvency<br>Kew Gardens, NY, 11415-3618 | | Disputed Sales Tax Audit | Disputed Unliquidated Contingent | | | 0.00 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204  **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  page 2

172 East 91st Street LLC
3 West 57th Street
Seventh Floor
New York, NY 10019

Spire Law PLLC
2572 W State Rd 426
STE 2088
Oviedo, FL 32765

Alessandro & Associates, CPA PLLC
1200 Veteran's Highway
Suite 350
Hauppauge, NY 11788-3065

Suzaan Hauptleisch
1614 Third Avenue
New York
NY 10128

Block, Inc./Square Financial Services
1955 Broadway, Suite 600
Oakland, CA 94612

Valdimir Mornenko
Adam Leitman Bailey PC
One Battery Park Plaza, 18th Floor
New York, NJ 10004

Canopy Wine Selections
20 Paradise Avenue
Piermont, NY 10968

conEdison
PO Box 1701
New York, NY 10116-1701

conEdison
Office of Corporate Counsel
4 Irving Place, Room 1815-S
New York, NY 10003-3598

First Insurance Funding
450 Skokie Boulevard
Suite 1000
Northbrook, IL 60062

Francisco Tuy Xep
c/o Pechman Law Group PLLC
488 Madison Avenue
New York, NY 10022

New York State Department of Taxation and Fin
80-02 Kew Gardens Road
Attn; Insolvency
Kew Gardens, NY 11415-3618

Revenued LLC
525 Washington Boulevard
22nd Floor
Jersey City, NJ 07310

Spire Law PLLC
136 Madison Avenue
Suite 600
New York, NY 10016

United States Bankruptcy Court

Southern District of New York

In re: De Hoop Corporation

Debtor(s)

Case No.

Chapter  11

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 11/18/2024

/s/ Suzaan Hauptfleisch
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor